### DE ROSE v. DE ROSE.

No costs are allowed by the husband against the wife, upon divorce for adultery, unless she have separate property. But in the converse case, costs are allowed.

*1824.*
*March 23.*

*Costs on divorce.*

BILL for divorce, by husband against wife, for adultery, and a decree of divorce.

THE COURT. No costs are allowed in this case. In the converse case of a bill by the wife, against the husband, costs may be allowed. But where the wife is defendant, she is presumed to be left destitute of means to pay costs; and it seems cruel to give them against her, though the offending party. If it appeared that she had separate property, the case might be different.